THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Shaun Antwan Holmes, Appellant.
 
 
 

Appeal From Charleston County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No.  2006-UP-138
Submitted March 1, 2006  Filed March 9, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
John Benjamin Aplin, S.C. Dept. of Probation Parole & Pardon, of Columbia, for Respondent.
 
 
 

PER CURIAM:  In November 2001, Shaun Antwan Holmes was sentenced to ten years imprisonment for strong-armed robbery suspended on the service of three years and five years probation.  Following a probation revocation hearing, the court revoked thirty-six months of Holmes probation.  Holmes counsel attached to the brief a petition to be relieved as counsel, stating that he had reviewed the record and concluded this appeal lacked merit.  Holmes did not file a separate pro se brief. 
After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED
GOOLSBY, HUFF, and STILWELL, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.